1  MARTIN R. GLICK (No. 40187)
   Email: mglick@howardrice.com
2  ROBERT T. CRUZEN (No. 203658)
   Email: rcruzen@howardrice.com
3  SHAUDY DANAYE-ELMI (No. *pending*)
   Email: sdanaye-elmi@howardrice.com
4  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
5  A Professional Corporation
   Three Embarcadero Center, 7th Floor
6  San Francisco, California 94111-4024
   Telephone:    415/434-1600
7  Facsimile:    415/217-5910

8
   Attorneys for Plaintiffs
9  GABANA GULF DISTRIBUTION, LTD., and
   GABANA DISTRIBUTION, LTD.
10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14 | GABANA GULF DISTRIBUTION, LTD., a       | No. C 06-2584-CRB
   | company organized under the laws of the |
15 | United Kingdom, and GABANA              | Action Filed: April 14, 2006
   | DISTRIBUTION, LTD., a company          |
16 | organized under the laws of the United  | *E-Filing*
   | Kingdom,                                |
17 |                                         | [Proposed] ORDER GRANTING
   |           Plaintiffs,                   | APPLICATION FOR ADMISSION OF
18 |      v.                                 | ATTORNEY *PRO HAC VICE*
   | GAP INTERNATIONAL SALES, INC., a        |
19 | Delaware corporation, THE GAP, INC., a  |
   | Delaware corporation, BANANA            |
20 | REPUBLIC, LLC, a Delaware corporation,  |
   | and OLD NAVY, LLC, a Delaware           |
21 | corporation,                            |
22 |           Defendants.                   |

23

24

25

26

27

28

ORDER RE APPLICATION TO APPEAR *PRO HAC VICE*                              C 06-2584-CRB

1   G. Steven Fender, an active member in good standing of the bar of the State of Florida,
2   whose email address, business address and telephone number is gsf@litchris.com,
3   LITCHFORD & CHRISTOPHER Professional Association, Bank of America Center, 390
4   North Orange Avenue, Post Office Box 1549, Orlando, Florida 32802-1549, 407/422-6600,
5   having applied in the above-entitled action for admission to practice in the Northern District
6   of California on a *pro hac vice* basis representing Plaintiffs Gabana Gulf Distribution, Ltd.,
7   and Gabana Distribution, Ltd.,

8   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
10  *hac vice*. Service of papers upon and communication with co-counsel designated in the
11  application will constitute notice to the party. All future filings in this action are subject to
12  the requirements contained in General Order No. 45, *Electronic Case Filing*.

13
14  DATED: April _27_, 2006.
15
16                                                                              _____
                                                                                Charles R. Breyer



17
18  W03 041206-165700001/W09/1275527/v2

ORDER RE APPLICATION TO APPEAR *PRO HAC VICE*        C 06-2584-CRB

-1-