MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
ROBERT T. CRUZEN (No. 203658)
Email: rcruzen@howardrice.com
SHAUDY DANAYE-ELMI (No. *pending*)
Email: sdanaye-elmi@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
         FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiffs
GABANA GULF DISTRIBUTION, LTD., and
GABANA DISTRIBUTION, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABANA GULF DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom, and GABANA DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom,<br><br>              Plaintiffs,<br>     v.<br>GAP INTERNATIONAL SALES, INC., a Delaware corporation, THE GAP, INC., a Delaware corporation, BANANA REPUBLIC, LLC, a Delaware corporation, and OLD NAVY, LLC, a Delaware corporation,<br><br>              Defendants. | No. C 06-2584-CRB<br><br>Action Filed: April 14, 2006<br><br>*E-Filing*<br><br>[~~Proposed~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

ORDER RE APPLICATION TO APPEAR *PRO HAC VICE*          C 06-2584-CRB

-1-

1  Hal K. Litchford, an active member in good standing of the bar of the State of Florida,
2  whose email address, business address and telephone number is hkl@litchris.com,
3  LITCHFORD & CHRISTOPHER Professional Association, Bank of America Center, 390
4  North Orange Avenue, Post Office Box 1549, Orlando, Florida 32802-1549, 407/422-6600,
5  having applied in the above-entitled action for admission to practice in the Northern District
6  of California on a *pro hac vice* basis representing Plaintiffs Gabana Gulf Distribution, Ltd.,
7  and Gabana Distribution, Ltd.,

8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
10 *hac vice*. Service of papers upon and communication with co-counsel designated in the
11 application will constitute notice to the party. All future filings in this action are subject to
12 the requirements contained in General Order No. 45, *Electronic Case Filing*.

13 DATED: April _27_, 2006.



_____
Judge Charles R. Breyer

17 W03 041206-165700001/W09/1275532/v2

ORDER RE APPLICATION TO APPEAR *PRO HAC VICE*    C 06-2584-CRB

-2-