```
 1  KEKER & VAN NEST, LLP
    DARALYN J. DURIE - #169825
 2  CHRISTA M. ANDERSON - #184325
    710 Sansome Street
 3  San Francisco, CA  94111-1704
    Telephone:  (415) 391-5400
 4  Facsimile:  (415) 397-7188

 5  Attorneys for Defendants
    GAP INTERNATIONAL SALES, INC., a Delaware corporation,
 6  THE GAP, INC., a Delaware corporation, BANANA REPUBLIC,
    LLC, a Delaware limited liability company, and OLD NAVY,
 7  LLC, a Delaware limited liability company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABANA GULF DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom, and GABANA DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom,<br><br>      Plaintiffs,<br><br>  v.<br><br>GAP INTERNATIONAL SALES, INC., a Delaware corporation, THE GAP, INC., a Delaware corporation, BANANA REPUBLIC, LLC, a Delaware limited liability company, and OLD NAVY, LLC, a Delaware limited liability company,<br><br>      Defendants. | Case No. C 06-2584 CRB<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |

372498.01

1  The parties, by and through their undersigned counsel, hereby stipulate under Local Rule 6-1 that the date for Defendants Gap International Sales, Inc., The Gap, Inc., Banana Republic, LLC, and Old Navy, LLC to answer or otherwise respond to the Amended Complaint in this action shall be extended June 13, 2006.

Dated: May 5, 2006

KEKER & VAN NEST, LLP

By: /s/ Daralyn J. Durie
DARALYN J. DURIE
Attorneys for Defendants
GAP INTERNATIONAL SALES, INC.,
THE GAP, INC., BANANA REPUBLIC,
LLC, and OLD NAVY, LLC

Dated: May 5, 2006

HOWARD RICE NEMEROVSKI
CANADY FALK & RABKIN

By: /s/ Martin F. Glick
MARTIN F. GLICK
Attorneys for Plaintiffs
GABANA GULF DISTRIBUTION, LTD.,
and GABANA DISTRIBUTION, LTD.

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
**IT IS SO ORDERED**
Judge Charles R. Breyer

May 08, 2006

---

1

STIPULATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT
CASE NO. C 06-2584 CRB

372498.01