MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
ROBERT T. CRUZEN (No. 203658)
Email: rcruzen@howardrice.com
SHAUDY DANAYE-ELMI (No. 242083)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:   415/434-1600
Facsimile:    415/217-5910

HAL K. LITCHFORD (*pro hac vice*)
G. STEVEN FENDER (*pro hac vice*)
LITCHFORD & CHRISTOPHER
Professional Association
Bank of America Center
390 North Orange Avenue
Post Office Box 1549
Orlando, Florida  32802-1549
Telephone:   407/422-6600
Facsimile:    407/841-0325

Attorneys for Plaintiffs
GABANA GULF DISTRIBUTION, LTD., and
GABANA DISTRIBUTION, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABANA GULF DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom, and GABANA DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom,<br><br>Plaintiffs,<br><br>v.<br><br>GAP INTERNATIONAL SALES, INC., a Delaware corporation, THE GAP, INC., a Delaware corporation, BANANA REPUBLIC, LLC, a Delaware limited liability company, and OLD NAVY, LLC, a Delaware limited liability company,<br><br>Defendants. | No. C 06 2584 CRB<br><br>Action Filed: April 14, 2006<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

## STIPULATION

Plaintiffs Gabana Gulf Distribution, Ltd. and Gabana Distribution, Ltd. ("Plainitffs"), and Defendants Gap International Sales, Inc., The Gap, Inc., Banana Republic, LLC, and Old Navy, LLC ("Defendants"), by and through their counsel of record, hereby stipulate as follows:

By Order Setting Initial Case Management Conference And ADR Deadlines filed April 6, 2006, the Court set this action for an initial case management conference to be held on July 14, 2006 at 8:30 a.m. Plaintiffs' lead trial counsel, Hal K. Litchford, could not attend the case management conference on the date ordered by the Court. In order to accommodate counsel's schedule, the counsel for the parties met and conferred to select, subject to approval of the Court, an alternate date on which the Court would be holding case management conferences and on which all parties could appear.

IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES through their respective counsels of record that the Case Management Conference now set for July 14, 2006, at 8:30 a.m., in Courtroom 8 of this Court, be rescheduled for August 4, 2006, at 8:30 a.m., in the same location.

DATED: May 18, 2006.

MARTIN R. GLICK
ROBERT T. CRUZEN
SHAUDY DANAYE-ELMI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
          MARTIN R. GLICK

Attorneys for Plaintiffs
GABANA GULF DISTRIBUTION, LTD., and
GABANA DISTRIBUTION, LTD.

DATED: May 17, 2006.

DARALYN J. DURIE
CHRISTA M. ANDERSON
ROSE DARLING
KEKER & VAN NEST
A Limited Liability Partnership

By: _____
     DARALYN J. DURIE

Attorneys for Defendants
GAP INTERNATIONAL SALES, INC., THE GAP, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management Conference shall be continued to August 4, 2006 at 8:30 a.m. Lead trial counsel shall meet and confer not less than thirty (30) days in advance of August 4, 2006; the parties shall file a joint case management statement with this Court not less than ten (10) days in advance of the same date.

DATED: May 19, 2006.

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation