

**HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN**

*A Professional Corporation*

**FILED**

JUL 2 5 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Three Embarcadero Center
Seventh Floor
San Francisco, CA 94111-4024

Telephone 415.434.1600
Facsimile 415.217.5910
www.howardrice.com

Writer's Information:

Shaudy Danaye-Elmi
Direct: 415.399.3185
sdanaye-elmi@howardrice.com

July 24, 2006

**BY HAND DELIVERY**

Hon. Charles R. Breyer
U.S.D.C. Northern District
U.S. Courthouse, Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Gabana Gulf Distribution v. Gap International Sales, Inc.
            No. C 06-02584 CRB

Dear Judge Breyer:

    GAP's reply brief filed Friday in the above-referenced matter points out correctly that we erred in overlooking Your Honor's orders that limited our response to the GAP's Motion to Dismiss to 15 pages. We apologize to the Court and to GAP for this oversight which we of course regret. We believed that we had 25 pages to work with and that the 23 used therefore met the requirement.

    We ask that this Court accept the papers on the now fully briefed motion and, of course, would not oppose allowing GAP additional pages if that would assist the Court and GAP. We stand ready to take any other action the Court might deem appropriate to conform the briefing to your regulations.

                                          Sincerely,

                                          Shaudy Danaye-Elmi

SDE/dml
cc:    Daralyn J. Durie, Esq.
        Christa M. Anderson, Esq.
        Rose Darling, Esq.