IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABANA GULF DISTRIBUTION, LTD., et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> GAP INTERNATIONAL SALES, INC., et al. <br><br>   Defendants. | No. C 06-02584 CRB <br><br> **ORDER** |

   Now pending before the Court is defendants' motion to dismiss. At oral argument, plaintiffs asserted that, in the choice of law provision of the New Distribution Agreement, the parties stipulated to be treated as California residents for purposes of the agreement. Therefore, plaintiffs argued, Gabana satisfies the requirement of the California Franchise Relations Act ("CFRA") that the franchisee be domiciled in California in order for the CFRA to apply. Defendants responded by asserting that interpreting the choice of law provision in this manner would contradict the clear intention of the legislature to restrict the application of the CFRA to California franchises only. Neither party, however, at oral argument or in the memoranda before the Court, addressed the interplay between California Business and Professional Code sections 20010 and 20015 in light of these arguments. The Court hereby ORDERS the parties to submit supplemental briefing on this issue no later than Friday, August 11, 2006.

1  In particular, the parties shall address whether and to what extent section 20010
2 applies to section 20015.  That is, does the choice of law provision of the New Distribution
3 Agreement "waive compliance" of section 20015?  Or, is a stipulation by the parties
4 sufficient to satisfy section 20015's residency requirement?
5  The parties' submissions shall not exceed 10 pages.
6  **IT IS SO ORDERED.**

9 Dated: August 8, 2006

CHARLES  R.  BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California