1  KEKER & VAN NEST, LLP
   DARALYN J. DURIE - #169825
2  CHRISTA M. ANDERSON - #184325
   ROSE DARLING (pro hac vice)
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Defendants
6  GAP INTERNATIONAL SALES, INC., a Delaware corporation,
   THE GAP, INC., a Delaware corporation, BANANA REPUBLIC,
7  LLC, a Delaware limited liability company, and OLD NAVY,
   LLC, a Delaware limited liability company
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | GABANA GULF DISTRIBUTION, LTD., a          | Case No. C 06-2584 CRB
   | company organized under the laws of the    |
14 | United Kingdom, and GABANA                 | **STIPULATION AND [PROPOSED]**
   | DISTRIBUTION, LTD., a company organized    | **ORDER EXTENDING TIME TO**
15 | under the laws of the United Kingdom,      | **RESPOND TO FIRST AMENDED**
   |                                            | **COMPLAINT**
16 |                        Plaintiffs,         |

17       v.

18  GAP INTERNATIONAL SALES, INC., a
    Delaware corporation, THE GAP, INC., a
19  Delaware corporation, BANANA REPUBLIC,
    LLC, a Delaware limited liability company,
20  and OLD NAVY, LLC, a Delaware limited
    liability company,
21
                         Defendants.
22

23

24

25

26

27

28

378977.01

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED
COMPLAINT
CASE NO. C 06-2584 CRB

## STIPULATION

Plaintiffs Gabana Gulf Distribution Ltd. and Gabana Distribution, Ltd. ("Gabana") and Defendants Gap International Sales, Inc., The Gap, Inc., Banana Republic, LLC, and Old Navy, LLC ("Gap"), by and through their counsel of record, hereby stipulate as follows:

On August 14, 2006, the Court denied Gap's Motion to Dismiss the First Amended Complaint ("FAC"). Under Rule 12(a)(4)(A) and Rule 6(a) of the Federal Rules of Civil Procedure, Gap's response to the FAC ordinarily would be served by August 28, 2006. Gap's lead trial counsel, Christa Anderson, is occupied with trial on another matter the week of August 14, and certain Gap personnel are on vacation until September 5, 2006. In order to accommodate counsel's and Gap's schedule, the parties' counsel met and conferred and agreed that, subject to the approval of the Court, Gap shall answer or otherwise respond to the FAC by September 15, 2006.

The time for Gap initially to respond to the FAC was extended on one other occasion by stipulation of the parties. The Initial Case Management Conference was rescheduled once by stipulation and order.

The requested time modification shall not effect the schedule or progress of the case.

IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES under Local Rule 6-2, through their respective counsels of record that the date for Gap to answer or otherwise respond to the FAC shall be extended September 15, 2006.

Dated: August 17, 2006

KEKER & VAN NEST, LLP

By: _____
ROSE DARLING
(*pro hac vice*)
Attorneys for Defendants
GAP INTERNATIONAL SALES, INC.,
THE GAP, INC., BANANA REPUBLIC,
LLC, and OLD NAVY, LLC

Dated: August 17, 2006

HOWARD RICE NEMEROVSKI
CANADY FALK & RABKIN

By: /s/ Martin F. Glick
MARTIN F. GLICK
Attorneys for Plaintiffs
GABANA GULF DISTRIBUTION, LTD.,
and GABANA DISTRIBUTION, LTD.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The date for Gap to answer or otherwise respond to the FAC shall be extended September 15, 2006.

DATED: August 21, 2006

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT

IT IS SO ORDERED
Judge Charles R. Breyer

378977.01

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO
FIRST AMENDED COMPLAINT
CASE NO. C 06-2584 CRB