MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
ROBERT T. CRUZEN (No. 203658)
Email: rcruzen@howardrice.com
SHAUDY DANAYE-ELMI (No. 242083)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:  415/434-1600
Facsimile:  415/217-5910

HAL K. LITCHFORD (*pro hac vice*)
G. STEVEN FENDER (*pro hac vice*)
LITCHFORD & CHRISTOPHER
Professional Association
Bank of America Center
390 North Orange Avenue
Post Office Box 1549
Orlando, Florida 32802-1549
Telephone:  407/422-6600
Facsimile:  407/841-0325

Attorneys for Plaintiffs
GABANA GULF DISTRIBUTION, LTD., and
GABANA DISTRIBUTION, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABANA GULF DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom, and GABANA DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom, <br><br>                    Plaintiffs, <br><br>     v. <br><br> GAP INTERNATIONAL SALES, INC., a Delaware corporation, THE GAP, INC., a Delaware corporation, BANANA REPUBLIC, LLC, a Delaware limited liability company, and OLD NAVY, LLC, a Delaware limited liability company, <br><br>                    Defendants. | No. C 06 2584 CRB <br><br> Action Filed: April 14, 2006 <br><br> STIPULATION CHANGING TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIMS |

## STIPULATION

Plaintiffs Gabana Gulf Distribution, Ltd. and Gabana Distribution, Ltd. ("Plainitffs"), and Defendants Gap International Sales, Inc., The Gap, Inc., Banana Republic, LLC, and Old Navy, LLC ("Defendants"), by and through their counsel of record, HEREBY STIPULATE AS FOLLOWS:

1. Previous time modifications in the above-captioned case include:

   (a) By stipulation of the parties, Defendants' response to the First Amended Complaint, which was previously due on May 15, 2006, became due on June 13, 2006.

   (b) By stipulation of the parties, and with the Court's permission, the Case Management Conference previously set for July 14, 2006, was rescheduled for August 4, 2006;

   (c) By stipulation of the parties, Defendants' response to the First Amended Complaint, which was previously due on August 28, 2006, became due on September 15, 2006.

2. Defendants filed and served their answer and counterclaims in the above-captioned case on September 15, 2006. Pursuant to Federal Rule of Civil Procedure 12(a)(2), Plaintiffs are required to file with the Court their answer to Defendants' cross-claims within 20 days of service, on October 5, 2006.

3. The parties stipulate that the time for Plaintiffs to answer Defendants' counterclaims will be changed to October 13, 2006.

4. This time modification will not affect the remainder of the schedule for the above-captioned case.

/
/
/
/
/
/

STIPULATION CHANGING TIME FOR PLAINTIFFS TO RESPOND TO COUNTERCLAIMS
C 06 2584 CRB
-2-

```
 1  DATED: October 5, 2006.           MARTIN R. GLICK
                                      ROBERT T. CRUZEN
 2                                    SHAUDY DANAYE-ELMI
                                      HOWARD RICE NEMEROVSKI CANADY
 3                                       FALK & RABKIN
                                      A Professional Corporation
 4
 5                                    By: _____
                                                SHAUDY DANAYE-ELMI
 6
 7                                    Attorneys for Plaintiffs
                                      GABANA GULF DISTRIBUTION, LTD., and
 8                                    GABANA DISTRIBUTION, LTD.
 9
10  DATED: October 5, 2006.           DARALYN J. DURIE
                                      CHRISTA M. ANDERSON
11                                    ROSE DARLING
                                      KEKER & VAN NEST
12                                    A Limited Liability Partnership
13
14                                    By: _____
                                                ROSE DARLING
15
16                                    Attorneys for Defendants
                                      GAP INTERNATIONAL SALES, INC., THE
17                                    GAP, INC., BANANA REPUBLIC, LLC, and OLD
                                      NAVY, LLC.
18
```

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

October 6, 2006