MARTIN R. GLICK (No. 40187)
Email: mglick@howardrice.com
SHAUDY DANAYE-ELMI (No. 242083)
Email: sdanaye-elmi@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

HAL K. LITCHFORD (*pro hac vice*)
Email: hkl@litchris.com
G. STEVEN FENDER (*pro hac vice*)
Email: gsf@litchris.com
KEITH E. ROUNSAVILLE (*pro hac vice*)
Email: ker@litchris.com
LITCHFORD & CHRISTOPHER
Professional Association
Bank of America Center
390 North Orange Avenue
Post Office Box 1549
Orlando, Florida 32802-1549
Telephone: 407/422-6600
Facsimile: 407/841-0325

Attorneys for Plaintiffs
GABANA GULF DISTRIBUTION, LTD., and
GABANA DISTRIBUTION, LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GABANA GULF DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom, and GABANA DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom,<br><br>        Plaintiffs,<br><br>  v.<br><br>GAP INTERNATIONAL SALES, INC., a Delaware corporation, THE GAP, INC., a Delaware corporation, BANANA REPUBLIC, LLC, a Delaware limited liability company, and OLD NAVY, LLC, a Delaware limited liability company,<br><br>        Defendants. | No. C 06 2584 CRB (EDL)<br><br>Action Filed: April 14, 2006<br><br>MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Date: May 15, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom E, 15th Floor<br>Judge: Hon. Elizabeth D. LaPorte<br><br>Trial Date: December 3, 2007 |

MISC. ADMIN. REQ. TO FILE DOCUMENTS UNDER SEAL     C 06 2584 CRB (EDL)

Pursuant to Civil Local Rule 79-5(d), Plaintiff Gabana Gulf Distribution, Ltd. and Gabana Distribution, Ltd. ("Gabana Gulf") brings this Miscellaneous Administrative Request To File Documents Under Seal ("Request") in adherence with the Stipulated Protective Order entered by the parties on April 14, 2006, and signed by this Court on November 28, 2006 (Docket No. 41). These documents are offered by Gabana Gulf to the Court as an exhibit in support of Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Compel the Production of Documents.

The documents that are the subject of this Request, and which all appear in the Confidential [Sealed] Exhibit D to the Declaration of G. Steven Fender in Support of Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Compel the Production of Documents, include:

- **Documents bearing production numbers GGD_0000926 – GGD_0000927; GGD_0000974; GGD_00003370; GGD_0013053 – GGD_0013054; GGD_0014976 – GGD_0014985 and GGD_0015061 - GGD_0015062.**

These documents were marked "Confidential" by Defendants, the Gap, Inc. Gabana Gulf makes this Request solely as a result of Plaintiff's designation. Pursuant to this Court's standing order regarding sealed documents, Plaintiffs met and conferred with Defendants who elected to stand by their confidentiality designations

For all of the foregoing reasons, Gabana respectfully requests that the Court grant its Miscellaneous Administrative Request To File Documents Under Seal in its entirety.

DATED: May 1, 2007.

Respectfully,

MARTIN R. GLICK
SHAUDY DANAYE-ELMI
HOWARD RICE NEMEROVSKI
    CANADY
      FALK & RABKIN
A Professional Corporation

HAL K. LITCHFORD
G. STEVEN FENDER
KEITH E. ROUNSAVILLE
LITCHFORD & CHRISTOPHER
Professional Association

By: /s/
    SHAUDY DANAYE-ELMI

Attorneys for Plaintiffs GABANA
GULF DISTRIBUTION, LTD. and
GABANA DISTRIBUTION, LTD.

**IT IS SO ORDERED**

Date: May 3, 2007

ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*[Seal: IT IS SO ORDERED / Judge Elizabeth D. Laporte / United States District Court, Northern District of California]*

MISC. ADMIN. REQ. TO FILE DOCUMENTS UNDER SEAL     C 06 2584 CRB (EDL)

-2-