1 KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
2 CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
3 ROSE DARLING - #243893
710 Sansome Street
4 San Francisco, CA 94111-1704
Telephone: (415) 391-5400
5 Facsimile: (415) 397-7188

6 Attorneys for Defendants
GAP INTERNATIONAL SALES, INC., THE GAP, INC.,
7 BANANA REPUBLIC, LLC, and OLD NAVY, LLC

8

9 UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
10

SAN FRANCISCO DIVISION
11

12

| | |
|---|---|
| GABANA GULF DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom, and GABANA DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GAP INTERNATIONAL SALES, INC., a Delaware corporation, THE GAP, INC., a Delaware corporation, BANANA REPUBLIC, LLC, a Delaware limited liability company, and OLD NAVY, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No. C 06 2584 CRB<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL; [PROPOSED] ORDER**<br><br>Date:        June 12, 2007<br>Time:        9:00 a.m.<br>Place:        Courtroom E, 15th Floor<br>Judge:       Hon. Elizabeth D. Laporte<br><br>Date Comp. Filed:        April 14, 2006<br><br>Trial Date:  December 3, 2007 |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL
CASE NO. C 06-2584 CRB

1      Pursuant to Civil Local Rule 79-5(d), defendants Gap International Sales, Inc., The Gap,

2  Inc., Banana Republic, LLC and Old Navy, LLC (collectively "Gap") hereby make this

3  Miscellaneous Administrative Request to File a Document Under Seal.

4      The document that is the subject of this request is **Exhibit A** to the Declaration of Ron

5  Young in Support of Defendants' Motion for an Order Upholding Their Confidentiality

6  Designations Under the Protective Order, which bears bates numbers GGD_0013975—

7  GGD_0014003. There is good cause to file Exhibit A to the Young Declaration under seal. Gap

8  has marked the document "Highly Confidential" pursuant to the parties' stipulated protective

9  order. It is a March 22, 2005 draft of a presentation to Gap's board of directors that details

10  Gap's strategies for competing internationally. If Gap's competitors were allowed to see this

11  document, Gap's ability to successfully execute its strategy would be greatly impaired, if not

12  destroyed completely. *See* Young Decl. ¶ 3.

13      Accordingly, Gap respectfully requests that the Court permit the sealing of the document

14  set forth above, and order that the Clerk of the Court maintain it in accordance with the

15  provisions of Local Civil Rule 79-5(e).

16  Dated: May 7, 2007                    KEKER & VAN NEST, LLP

18

19                             By:      /s/
                                  DAN JACKSON

20                             Attorneys for Defendants
21                             GAP INTERNATIONAL SALES, INC.,
                             THE GAP, INC., BANANA REPUBLIC,
22                             LLC, and OLD NAVY, LLC

23

24  **IT IS SO ORDERED.**

25  Dated:   May 9, 2007

26                      By: _____

27                        ELIZABETH D. LAPORTE
                        United States Magistrate Judge

28

394882.01         MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENT UNDER SEAL
                            CASE NO. C 06-2584 CRB