KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
CHRISTA M. ANDERSON - #184325
DAN JACKSON - #216091
ROSE DARLING - #243893
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendants
GAP INTERNATIONAL SALES, INC., THE GAP, INC.,
BANANA REPUBLIC, LLC, and OLD NAVY, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABANA GULF DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom, and GABANA DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom,<br><br>Plaintiffs,<br><br>v.<br><br>GAP INTERNATIONAL SALES, INC., a Delaware corporation, THE GAP, INC., a Delaware corporation, BANANA REPUBLIC, LLC, a Delaware limited liability company, and OLD NAVY, LLC, a Delaware limited liability company,<br><br>Defendants. | No. C 06 2584 CRB (EDL)<br><br>[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL |

---

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE
DOCUMENTS UNDER SEAL
CASE NO. C 06-2584 CRB (EDL)

398447.01

Pursuant to Northern District Civil Local Rule 79-5(d), plaintiffs Gabana Gulf Distribution, Ltd. and Gabana Distribution, Ltd. ("Gabana") filed a miscellaneous request to file documents under seal on June 5, 2007 (Doc. No. 94) and defendants Gap International Sales, Inc, The Gap, Inc., Banana Republic, LLC, and Old Navy, LLC (collectively "Gap") filed the Declaration of Dan Jackson in support of that request on June 12, 2007, stating that Exhibits V, W, X, BB, DD, EE, II, and KK-NN to the Declaration of G. Stephen Fender in Support of Opposition to Defendants' Motion for an Order Upholding Their Confidentiality Designations ("Fender Declaration"), filed on June 5, 2007, should be filed under seal. After the June 26, 2007 hearing on Gap's motion for an order upholding their confidentiality designations under the parties' stipulated protective order, Gap filed the Declaration of Rose Darling in further support of Gabana's miscellaneous request on July 11, 2007 ("Darling Declaration"), withdrawing its confidentiality designation as to Exhibits W, DD, EE, and II and stating that Exhibits V, X, BB and KK-NN should be filed under seal, and that Gap would file redacted versions of Exhibits KK-NN as Exhibits 2-5, respectively, to the Darling Declaration, to be filed publicly.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS the following:

(i) Exhibits V, X, and BB to the Fender Declaration shall be filed under seal;

(ii) Exhibit KK to the Fender Declaration shall remain under seal, and Exhibit 2 to the Darling Declaration, which is a redacted version of Exhibit KK, shall be filed publicly;

(iii) Exhibit LL to the Fender Declaration shall remain under seal, and Exhibit 3 to the Darling Declaration, which is a redacted version of Exhibit LL, shall be filed publicly;

(iv) Exhibit MM to the Fender Declaration shall remain under seal, and Exhibit 4 to the Darling Declaration, which is a redacted version of Exhibit MM, shall be filed publicly; and

(v) Exhibit NN to the Fender Declaration shall remain under seal, and Exhibit 5 to the Darling Declaration, which is a redacted version of Exhibit NN, shall be filed publicly.

**IT IS SO ORDERED.**

Date: __July 12, 2007_____

HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

398447.01

1

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL
CASE NO. C 06-2584 CRB (EDL)