**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABANA GULF DISTRIBUTION,<br><br>  Plaintiff,<br><br>  v.<br><br>GAP INTERNATIONAL SALES INC.,<br><br>  Defendant. | No. C 06-02584 CRB<br><br>**ORDER** |

The scheduled trial date of December 3, 2007 is VACATED.

The Court will set a new trial date at the November 30, 2007 hearing on the pending motions for summary judgment.

**IT IS SO ORDERED.**

Dated: November 14, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE