MARTIN R. GLICK (No. 40187)
Email:  mglick@howardrice.com
SARAH J. GIVAN (No. 238301)
Email: sgivan@howardrice.com
SHAUDY DANAYE-ELMI (No. 242083)
Email: sdanaye-elmi@howardrice.com
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:    415/434-1600
Facsimile:    415/217-5910

HAL K. LITCHFORD (*pro hac vice*)
G. STEVEN FENDER (*pro hac vice*)
KEITH E. ROUNSAVILLE (*pro hac vice*)
LITCHFORD & CHRISTOPHER
Professional Association
Bank of America Center
390 North Orange Avenue
Post Office Box 1549
Orlando, Florida  32802-1549
Telephone:    407/422-6600
Facsimile:    407/841-0325

Attorneys for Plaintiffs
GABANA GULF DISTRIBUTION, LTD.,
and GABANA DISTRIBUTION, LTD.

DARALYN J. DURIE (No. 169825)
CHRISTA M. ANDERSON (No. 184325)
DAN JACKSON (No. 216091)
ROSE DARLING (No. 243893)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, California  94111-1704
Telephone:    415/391-5400
Facsimile:    415/397-7188

Attorneys for Defendants
GAP INTERNATIONAL SALES, INC.,
THE GAP, INC., BANANA REPUBLIC,
LLC, OLD NAVY, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABANA GULF DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom, and GABANA DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom,<br><br>Plaintiffs,<br><br>v.<br><br>GAP INTERNATIONAL SALES, INC., a Delaware corporation, THE GAP, INC., a Delaware corporation, BANANA REPUBLIC, LLC, a Delaware limited liability company, and OLD NAVY, LLC, a Delaware limited liability company,<br><br>Defendants. | No. C 06 2584 CRB (EDL)<br><br>Action Filed:  April 14, 2006<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE: FILING OF SECOND AMENDED COMPLAINT<br><br>Judge:      Hon. Charles R. Breyer<br><br>Trial Date:   December 3, 2007 |

## STIPULATION AND AGREEMENT

Plaintiffs Gabana Gulf Distribution Ltd. and Gabana Distribution, Ltd. (collectively, "Gabana") and Defendants The Gap, Inc., Gap International Sales, Inc. ("Gap International"), Banana Republic, LLC and Old Navy, LLC (collectively, "Defendants") hereby stipulate and agree as follows:

1. WHEREAS on April 14, 2006, Gabana filed suit against Defendants;

2. WHEREAS on April 21, 2006, Gabana filed its First Amended Complaint ("FAC") against the Defendants;

3. WHEREAS, the parties have agreed that Gap International will be the only named Defendant in this case, and that Gap International will not argue or assert in connection with Gabana's claims that recovery should have been sought against a Gap-affiliated entity other than Gap International, for any reason;

4. WHEREAS, Federal Rule of Civil Procedure 15(a) allows that a party may amend a pleading "by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires";

5. WHEREAS, Defendants consent to Gabana's filing of the Second Amended Complaint attached as Exhibit A to this Stipulation and [Proposed] Order;

WHEREFORE, Gabana by and through its counsel of record, on the one hand, and Defendants on the other, stipulate and agree as follows:

1. Gabana may file its Second Amended Complaint attached as Exhibit A.

//
//
//
//
//
//
//
//

1   This Stipulation and Agreement may be executed in counterparts, each of which shall
2   constitute a duplicate original.

4   DATED: November 6, 2007.

/s/ Sarah J. Givan
MARTIN R. GLICK
SARAH J. GIVAN
SHAUDY DANAYE-ELMI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

HAL K. LITCHFORD
G. STEVEN FENDER
KEITH E. ROUNSAVILLE
LITCHFORD & CHRISTOPHER
Professional Association

Attorneys for Plaintiffs/Counterclaim Defendants
GABANA GULF DISTRIBUTION, LTD., and
GABANA DISTRIBUTION, LTD.

DATED: November 6, 2007.

/s/ Rose Darling
DARALYN J. DURIE
CHRISTA M. ANDERSON
DAN JACKSON
ROSE DARLING
KEKER & VAN NEST, LLP

Attorneys for Defendants/Counterclaimants GAP INTERNATIONAL SALES, INC., THE GAP, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __November 16____, 2007.

By:_____
       HON. CHARLES R. BREYER
       UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

STIP AND [PROPOSED] ORDER RE SAC                    C 06 2584 CRB (EDL)
-2-