IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABANA GULF DISTRIBUTION, | No. C 06-02584 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| GAP INTERNATIONAL SALES INC., | |
| Defendant.                              / | |

This order summarizes the Court's rulings on the various motions scheduled to be heard on November 30, 2007. An order providing a more detailed explanation of the Court's analysis will follow at a later date. The parties shall appear on November 30, 2007 at 10:00am for a status conference, but no argument on the motions decided in this order will be entertained.

A. Gap's Motion for Summary Judgment

*Breach of Contract:* Gap's motion for summary judgment on Gabana's claim for breach of contract is GRANTED. The contract expressly permitted Gap to terminate the contract without cause. Although a "franchise" can only be terminated for cause pursuant to the California Franchise Relations Act, that protection does not apply. No reasonable juror could conclude that the contract constituted a franchise because Gabana's operation was not substantially associated with Gap's commercial symbol. Moreover, there is no evidence that

Gap sold goods to Al Turki before August 10, 2005.  Finally, Gap was expressly authorized by the ISP Agreement to reject Gabana's proposals for retailers.

*Breach of the Covenant of Good Faith & Fair Dealing:* Gap's motion for summary judgment on Gabana's claim for breach of the covenant of good faith and fair dealing is DENIED.  There is a triable issue whether the parties contemplated that Gap could reject Gabana's proposals for business reasons other than the merits of the proposal.

*Fraud:* Gap's motion for summary judgment on Gabana's claim for fraud is GRANTED.  There is no evidence that a Gap official made a false promise that was knowingly false when made.

*California Business & Professions Code § 17200:* Gap's motion for summary judgment on Gabana's claim under § 17200 is DENIED.  A claim under § 17200 may be predicated on a breach of the covenant of good faith and fair dealing.

B. Gabana's Motion for Summary Adjudication

Because no reasonable juror could conclude that Gabana's operation was substantially associated with Gap's commercial symbol, Gabana's motion for summary adjudication is DENIED.

C. Gabana's Motion for Summary Judgment on Gap's Counterclaims

*Breach of Contract:* Gabana's motion for summary judgment on Gap's counterclaim for breach of contract is DENIED.  There are triable issues that must be decided by the jury, including whether Gabana breached the contract and whether Gap suffered damages thereby.

*Breach of the Covenant of Good Faith & Fair Dealing:* Because Gap has merely alleged that the covenant of good faith and fair dealing was breached when the express terms of the ISP Agreement were breached, the covenant claim is superfluous.  Accordingly, the claim for breach of the covenant of good faith and fair dealing is DISMISSED without prejudice.

///

D. Gabana's Motion to Strike

The Court arrived at its conclusions without the benefit of the expert report of Michael Seid. Accordingly, Gabana's motion to strike the Seid report is DENIED as moot.

**IT IS SO ORDERED.**

Dated: November 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE