IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABANA GULF DISTRIBUTION, | No. C 06-02584 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| GAP INTERNATIONAL SALES INC., | |
| Defendant. | |

Plaintiffs' motion for leave to file a motion for reconsideration regarding plaintiffs' motion for summary judgment on counterclaims is GRANTED.

**IT IS SO ORDERED.**

Dated: November 26, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE