| | |
|---|---|
| MARTIN R. GLICK (No. 40187)<br>Email:  mglick@howardrice.com<br>SARAH J. GIVAN (No. 238301)<br>Email: sgivan@howardrice.com<br>SHAUDY DANAYE-ELMI (No. 242083)<br>Email: sdanaye-elmi@howardrice.com<br>HOWARD RICE NEMEROVSKI CANADY<br>    FALK & RABKIN<br>A Professional Corporation<br>Three Embarcadero Center, 7th Floor<br>San Francisco, California  94111-4024<br>Telephone:    415/434-1600<br>Facsimile:     415/217-5910<br><br>HAL K. LITCHFORD (*pro hac vice*)<br>G. STEVEN FENDER (*pro hac vice*)<br>KEITH E. ROUNSAVILLE (*pro hac vice*)<br>LITCHFORD & CHRISTOPHER<br>Professional Association<br>Bank of America Center<br>390 North Orange Avenue<br>Post Office Box 1549<br>Orlando, Florida  32802-1549<br>Telephone:    407/422-6600<br>Facsimile:     407/841-0325<br><br>Attorneys for Plaintiffs<br>GABANA GULF DISTRIBUTION, LTD.,<br>and GABANA DISTRIBUTION, LTD. | DARALYN J. DURIE (No. 169825)<br>CHRISTA M. ANDERSON (No. 184325)<br>DAN JACKSON (No. 216091)<br>ROSE DARLING (No. 243893)<br>KEKER & VAN NEST, LLP<br>710 Sansome Street<br>San Francisco, California  94111-1704<br>Telephone: 415/391-5400<br>Facsimile:     415/397-7188<br><br>Attorneys for Defendants<br>GAP INTERNATIONAL SALES, INC.,<br>THE GAP, INC., BANANA REPUBLIC,<br>LLC, OLD NAVY, LLC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABANA GULF DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom, and GABANA DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAP INTERNATIONAL SALES, INC., a Delaware corporation, THE GAP, INC., a Delaware corporation, BANANA REPUBLIC, LLC, a Delaware limited liability company, and OLD NAVY, LLC, a Delaware limited liability company,<br><br>    Defendants. | No. C 06 2584 CRB (EDL)<br><br>Action Filed:  April 14, 2006<br><br>STIPULATED REQUEST FOR ORDER SHORTENING TIME ON GABANA'S MOTION FOR RECONSIDERATION<br><br>Judge:       Hon. Charles R. Breyer<br><br>Trial Date:   None set |

**STIPULATED REQUEST**

1. WHEREAS on October 2, 2007, Plaintiffs (collectively, "Gabana") filed a motion for summary judgment disposing of counterclaims brought by Defendants (collectively, "Gap") (*see* Docket No. 163) (redacted version);

2. WHEREAS on November 19, 2007, this Court denied Plaintiffs' motion for summary judgment on Defendants' counterclaims (*see* Docket No. 285);

3. WHEREAS on November 20, 2007, Plaintiffs sought leave to file a motion for reconsideration, which this Court granted on November 26, 2007 (*see* Docket Nos. 288, 290);

4. WHEREAS Gabana wishes to have its motion for reconsideration heard on shortened time and Gap does not oppose Gabana's request;

5. WHEREFORE, pursuant to Local Rule 6-2, the parties stipulate that Gabana's motion for reconsideration should be heard on the following shortened schedule if it is acceptable to the Court :

    (a) Gabana's Motion for Reconsideration: November 27, 2007;

    (b) Gap's Opposition: December 4, 2007;

    (c) Gabana Reply: December 7, 2007; and

    (d) Hearing date, pending this Court's approval: December 14, 2007.

6. Other time modifications granted by the Court in this matter include:

    (a) extensions of time for each of the parties to respond to the other party's initial pleadings (*see* Docket Nos. 13, 35, 38); and

    (b) a continuance of the parties' case management conference (*see* Docket No. 16);

7. The requested time modification will only expedite resolution of this matter, and does not delay any other events in this case.

DATED: November 28, 2007.

/s/ Shaudy Danaye-Elmi
MARTIN R. GLICK
SARAH J. GIVAN
SHAUDY DANAYE-ELMI
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

HAL K. LITCHFORD
G. STEVEN FENDER
KEITH E. ROUNSAVILLE
LITCHFORD & CHRISTOPHER
Professional Association

Attorneys for Plaintiffs/Counterclaim Defendants GABANA GULF DISTRIBUTION, LTD., and GABANA DISTRIBUTION, LTD.

DATED: November 28, 2007.

/s/ Dan Jackson
DARALYN J. DURIE
CHRISTA M. ANDERSON
DAN JACKSON
ROSE DARLING
KEKER & VAN NEST, LLP

Attorneys for Defendants/Counterclaimants GAP INTERNATIONAL SALES, INC., THE GAP, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC.

**ATTESTATION REGARDING SIGNATURE**

I, SHAUDY DANAYE-ELMI, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from the other signatory hereto.

/s/
SHAUDY DANAYE-ELMI

**ORDER**

**IT IS SO ORDERED.**

Dated: November 30, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*