IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GABANA GULF DISTRIBUTION, LTD.,

    Plaintiff,

  v.

GAP INTERNATIONAL SALES, INC.,

    Defendant.

No. C 06-02584 CRB

**ORDER GRANTING MOTION FOR CERTIFICATION OF JUDGMENT**

    Gabana's unopposed motion to certify the Court's judgment on Gabana's claim for breach of contract as final pursuant to Federal Rule of Civil Procedure 54(b) is GRANTED. All remaining claims are STAYED pending resolution of the breach of contract claim in the Ninth Circuit Court of Appeals.

    **IT IS SO ORDERED.**

Dated: January 9, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE