IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GABANA GULF DISTRIBUTION, LTD.,

Plaintiff,

v.

GAP INTERNATIONAL SALES, INC.,

Defendant.

No. C 06-02584 CRB

**PARTIAL JUDGMENT**

The Court having granted Defendant's motion for summary judgment on Plaintiff's claim of breach of contract – and in the absence of any just reason for delay – partial final judgment is entered in favor of Defendant and against Plaintiff Gabana Gulf Distribution, Ltd. See Fed. R. Civ. P. 54(b).

**IT IS SO ORDERED.**

Dated: January 9, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE