| | |
|---|---|
| KEKER & VAN NEST, LLP<br>CHRISTA M. ANDERSON - #184325<br>DAN JACKSON - #216091<br>710 Sansome Street<br>San Francisco, CA  94111-1704<br>Telephone:  (415) 391-5400<br>Facsimile:  (415) 397-7188<br>canderson@kvn.com<br>djackson@kvn.com<br><br>Attorneys for Defendants<br>GAP INTERNATIONAL SALES, INC.,<br>THE GAP, INC., BANANA REPUBLIC,<br>LLC, and OLD NAVY, LLC | HOWARD RICE NEMEROVSKI CANADY<br>  FALK & RABKIN<br>A Professional Corporation<br>MARTIN R. GLICK - #. 40187<br>SHAUDY DANAYE-ELMI - # 242083<br>Three Embarcadero Center, 7th Floor<br>San Francisco, California  94111-4024<br>Telephone:  (415) 434-1600<br>Facsimile:  (415) 217-5910<br>mglick@howardrice.com<br>sdanaye-elmi@howardrice.com<br><br>Attorneys for Plaintiffs<br>GABANA GULF DISTRIBUTION, LTD., and<br>GABANA DISTRIBUTION, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GABANA GULF DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom, and GABANA DISTRIBUTION, LTD., a company organized under the laws of the United Kingdom,<br><br>                    Plaintiffs,<br><br>        v.<br><br>GAP INTERNATIONAL SALES, INC., a Delaware corporation, THE GAP, INC., a Delaware corporation, BANANA REPUBLIC, LLC, a Delaware limited liability company, and OLD NAVY, LLC, a Delaware limited liability company,<br><br>                    Defendants. | Case No. C 06 2584 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

Plaintiffs (collectively, "Gabana") and defendants (collectively, "Gap") hereby stipulate and agree as follows:

1. Gabana filed its original complaint in this action on April 14, 2006, and filed its operative Second Amended Complaint on October 31, 2007, asserting claims for breach of contract, breach of the implied covenant of good faith and fair dealing, fraud, and unfair competition.  *See* Docket No. 241.

2. Gap counterclaimed for breach of contract, breach of the implied covenant of good faith and fair dealing, and unfair competition.  *See* Docket No. 36.

3. On November 19, 2007, this Court granted summary judgment for Gap on Gabana's claims for breach of contract and fraud, but denied Gap's motion for summary judgment on Gabana's claims for breach of the implied covenant of good faith and fair dealing and unfair competition.  *See* Docket No. 285.

4. The Court also granted summary judgment for Gabana on Gap's claim for breach of the implied covenant (*see id.*), but denied Gabana's motion for summary judgment on Gap's contract claim, a ruling the Court reaffirmed in denying Gabana's motion for reconsideration on December 10, 2007.  *See* Docket No. 299.

5. The claims remaining in this case after this Court's summary-judgment rulings were Gabana's claims for breach of the implied covenant of good faith and fair dealing, and for unfair competition; and Gap's claim for breach of contract (the "Remaining Claims").

6. On December 17, 2007, the parties stipulated that in the event that the Court of Appeals were to affirm this Court's summary-judgment ruling on Gabana's breach of contract claim, the parties would dismiss all of the Remaining Claims with prejudice, each side bearing its own fees and costs, thus ending this case.  *See* Docket No. 300-2 ¶ 3.

7. The Court of Appeals for the Ninth Circuit affirmed this Court's summary-judgment ruling on August 24, 2009.  *See* Docket No. 319.  On September 17, 2009, the Ninth Circuit denied Gabana's Petition for Panel Rehearing.  *See* Docket No. 321.

8. Pursuant to their December 17, 2007 stipulation, therefore, the parties now

respectfully request that this Court dismiss the Remaining Claims with prejudice, each side bearing its own fees and costs, thus ending this case.[1]

                                  SO STIPULATED,

Dated: September 24, 2009                  KEKER & VAN NEST, LLP

By:   /s/ *Dan Jackson*
      DAN JACKSON
      Attorneys for Defendants
      GAP INTERNATIONAL SALES, INC., THE GAP, INC., BANANA REPUBLIC, LLC, and OLD NAVY, LLC

Dated: September 24, 2009                  HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN

By:  Concurrence obtained per General Order 45.X.B
      MARTIN R. GLICK
      Attorneys for Plaintiffs
      GABANA GULF DISTRIBUTION, LTD., and GABANA DISTRIBUTION, LTD.

---

[1] As in the parties' December 17, 2007 stipulation, however, Gap specifically reserves its right to seek indemnification from Gabana, based on the indemnification provisions in Gap's contracts with Gabana, for legal fees, costs and other expenses incurred in connection with Roots Ready Made Garments Co. W.L.L., v. The Gap, Inc. *et al.,* Case No. C 07 3363 CRB (N.D. Cal.). Gabana disputes that Gap has any legal basis for obtaining such indemnification.

1                               **[PROPOSED] ORDER**

2       PURSUANT TO STIPULATION, IT IS SO ORDERED:

3       Gabana's claims for breach of the implied covenant of good faith and fair dealing, and

4 unfair competition are HEREBY DISMISSED WITH PREJUDICE.

5       Gap's claim for breach of contract is HEREBY DISMISSED WITH PREJUDICE.

6       This case is now closed.

7       The parties shall bear their own fees and costs.

8       **IT IS SO ORDERED.**

10 Date: September 24, 2009                         _____

                                                        HONORABLE CHARLES R. BREYER